Taylor, Chief Justice.
 

 It seems, from the authorities cited, that the Attorney General has a discretionary power to enter a
 
 nolle prosequi,
 
 for the proper exercise of which he is responsible. We know of no case where the Court has interfered with the exercise of this power, though they certainly would do so if it were oppressively used. As to the directing another
 
 capias
 
 to issue returnable to the next term, the authorities assert that such process may be awarded upon the same indictment. (6
 
 Mod.
 
 261.
 
 Com. Dig. “ Indictment B.”
 
 1
 
 Chitty C. L.
 
 480.) We therefore think that it should have been directed in this case.
 

 By the Court, Judgment reversed.